UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCURTY,<br><br>    Plaintiff,<br><br>    v.<br><br>B. AGUIRRE, et al.,<br><br>    Defendants. | Case No. 19-cv-03090-YGR (PR)<br><br>**ORDER GRANTING REQUESTS TO STAY ACTION AND TO REFER ACTION FOR SETTLEMENT PROCEEDINGS; DIRECTIONS TO CLERK** |

Plaintiff, a state prisoner who is currently incarcerated at California Training Facility ("CTF"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging various violations of his federal civil rights against several CTF officials.

The parties have requested that a settlement conference be scheduled to resolve their disputes and that the case be stayed in anticipation of settlement proceedings.[1] Dkt. 18. Such requests are GRANTED.

Accordingly, the Court hereby REFERS this case to Magistrate Judge Robert M. Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this Order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within ten (10) days after the conclusion of all settlement proceedings, shall file with the Court a report thereon.

---

[1] Defendants' attorney, Deputy Attorney General Iram Hasan, states that he and Plaintiff met and conferred about the status of the case at the conclusion of the Plaintiff's November 6 deposition, and that Plaintiff indicated an interest in a global settlement involving both this matter and another matter pending before this Court, *McCurty v. Siordia*, Case No. 19-cv-05761 YGR (PR). Hasan Decl. ¶ 3. Attorney Hasan adds as follows: "After evaluating deposition testimony, the relative positions of the parties, the fact that Plaintiff has a separate but very similar case pending before this Court, and in reliance on Plaintiff's position regarding settlement, I determined that the parties and judicial resources would be best served by an attempt at settlement before the parties resort to motion practice." *Id.* ¶ 4.

1  The Clerk of the Court is directed to serve Magistrate Judge Illman with a copy of this
2  Order, and with a copy of the Court's January 16, 2020 Order of Partial Dismissal and Service,
3  and to notify Magistrate Judge Illman that a copy of the court file can be retrieved from the
4  Court's electronic filing database.

5  In view of the referral, further proceedings in this case are hereby STAYED. The Clerk
6  shall ADMINISTRATIVELY CLOSE this case until further order of the Court. If the case is not
7  settled, the Court will enter a new scheduling order for further proceedings.

8  This Order terminates Docket No. 18.

9  IT IS SO ORDERED.

Dated: December 3, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge