1  XAVIER BECERRA
   Attorney General of California
2  NEAH HUYNH
   Supervising Deputy Attorney General
3  IRAM HASAN
   Deputy Attorney General
4  State Bar No. 320802
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3793
6    Fax:  (415) 703-5480
     E-mail:  Iram.Hasan@doj.ca.gov
7  *Attorneys for Defendants
   B. Aguirre, J. Ibarra, G. Lopez, G. Morales,
8  C. Woods, M. Zavala, and S. Siordia*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MICHAEL McCURTY,**<br><br>                              Plaintiff,<br><br>v.<br><br>**B. AGUIRRE, et al.,**<br><br>                              Defendants. | 4:19-cv-03090-YGR |
| **MICHAEL McCURTY,**<br><br>                              Plaintiff,<br><br>v.<br><br>**S. SIORDIA,**<br><br>                              Defendant. | 4:19-cv-05761-YGR<br><br>**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))   AND ORDER**<br><br>Judge:         The Honorable Yvonne Gonzalez Rogers |

   Plaintiff Michael McCurty and Defendants in the above-captioned matters have resolved both matters in their entirety, and stipulate to a dismissal of both actions with prejudice under

1

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorney's fees.

Dated: March _____, 2021                    Respectfully submitted,

 

_____
MICHAEL MCCURTY
*Plaintiff in Pro Se*

Dated: March _____, 2020                    XAVIER BECERRA
Attorney General of California
NEAH HUYNH
Supervising Deputy Attorney General

IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

The parties have informed the Court that they were able to reach an agreement in a global settlement involving the above-referenced actions, *McCurty v. Aguirre, et al.*, 4:19-cv-03090 and *McCurty v. Siordia*, 4:19-cv-05761. Therefore, the Court hereby LIFTS the stay in both actions, and the Clerk of the Court shall REOPEN both case files.

The parties' stipulation to dismiss all claims with prejudice against Defendants in both actions under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is GRANTED.

The Clerk shall terminate any pending motions and close both files.

Dated: March 11, 2021

THE HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.

Dated: March __9__, 2021                                      Respectfully submitted,

*Michael McCurty*
MICHAEL MCCURTY
*Plaintiff in Pro Se*

Dated: March __10__, 2020

XAVIER BECERRA
Attorney General of California
NEAH HUYNH
Supervising Deputy Attorney General

*Iram Hasan*
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendants*